# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Tech Blast, Inc., *a California Corporation;* <br> Visa Tech. Inc., *a California Corporation,* <br><br> Plaintiffs, <br><br> v. <br><br> Lewis Clark, Jr., *an individual*; Ruby K. Clark, *an individual*; Aaron Troy Addison, *an individual*; Fanatik Productions, LLC, *a South Carolina limited liability company*; Thaddeus W. Jones, Jr., *an individual*; Darren Smith, *an Individual, d/b/a D Smith Consulting;* Does 1 through 20, *inclusive,* <br><br> Defendants. | Civil Action No. 3:16-cv-02480-JMC <br><br> **ORDER** |

This matter is before the court upon review of Magistrate Judge Paige J. Gossett's Report and Recommendation ("Report") (ECF No. 39), filed on March 14, 2017, recommending that Plaintiffs' amended motion to dismiss their claims against Defendant Ruby K. Clark with prejudice (ECF No. 38) be granted pursuant to Federal Rule of Civil Procedure 41(a)(2).

The Magistrate Judge's Report is made in accordance with 28 U.S.C. § 636(b)(1) and Local Civil Rule 73.02 for the District of South Carolina. The Magistrate Judge makes only a recommendation to this court, which has no presumptive weight. The responsibility to make a final determination remains with this court. *See Mathews v. Weber*, 423 U.S. 261, 270-71 (1976). The court is charged with making a *de novo* determination of those portions of the Report to which specific objections are made.

The parties were advised of their right to file objections to the Report. (ECF No. 39). However, neither party filed any objections to the Report.

In the absence of objections to the Magistrate Judge's Report, this court is not required to provide an explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983). Rather, "in the absence of a timely filed objection, a district court need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (*quoting* Fed. R. Civ. P. 72 advisory committee's note). Furthermore, failure to file specific written objections to the Report results in a party's waiver of the right to appeal from the judgment of the District Court based upon such recommendation. 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140 (1985).

After a thorough review of the Report and the record in this case, the court finds the Report provides an accurate summary of the facts and law and does not contain clear error. The court **ADOPTS** the Magistrate Judge's Report and Recommendation (ECF No. 39), **GRANTS** Plaintiffs' amended motion to dismiss (ECF No. 38) and **DISMISSES** Plaintiffs' claims against Defendant Ruby K. Clark (ECF No. 1) with prejudice.

**IT IS SO ORDERED.**

*/s/ J. Michelle Childs*
United States District Judge

May 16, 2017
Columbia, South Carolina