IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Tech Blast, Inc., *a California corporation*;<br>Visa Tech, Inc., *a California corporation*, | ) ) ) | C/A No. 3:16-2480-JMC-PJG |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | **ORDER** |
| Lewis Clark, Jr., *an individual*; Aaron Troy<br>Addison, *an individual*; Does 1 through 20,<br>*inclusive*; Darren Smith, *an individual, doing<br>business as* D Smith Consulting, | ) ) ) ) ) | |
| Defendants. | ) ) | |

The plaintiffs filed this civil action in July 2016. This matter is before the court pursuant to 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) (D.S.C.). The deadline for Plaintiffs and Defendant Smith to file dispositive motions has expired.[1] As of the date of this order, none of these parties has filed a potentially dispositive motion regarding the merits of the claims remaining against Defendant Smith. These parties are directed to inform the court in writing of the status of these claims on or before <u>December 13, 2017</u> and advise the court as to whether the case is ready for trial.

**IT IS SO ORDERED.**

November 29, 2017
Columbia, South Carolina

Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

---

[1] A confession of judgment as to Defendants Lewis Clark, Jr. and Aaron Troy Addison was filed on March 6, 2017. (ECF No. 37.)

Page 1 of 1