# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| *Tech Blast Inc, a California corporation,*<br>*Visa Tech Inc, a California corporation*<br>*Plaintiffs/Counter-Defendants*<br>v.<br>*Ruby K. Clark, and individual, Darren Smith, an individual d/b/a D Smith Consulting*<br>*Defendants/Counter-Claimant* | Civil Action No.  3:16-02480-JMC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: the Plaintiffs, shall take nothing of the Defendant, Ruby K. Clark, an individual and the claims are dismissed with prejudice as to this named defendant. It is also ordered the Plaintiffs shall take nothing as to their claim against Defendant Darren Smith, an individual d/b/a as D Smith Consulting and Smith's counterclaims and these claims are dismissed. It is further ordered that Plaintiffs shall take nothing as to Defendants Does 1 through 20 and these Defendants are dismissed.

This action was *(check one)*:

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding. The court having adopted the Report and Recommendation of Magistrate Judge Paige J. Gossett which grants Plaintiffs' amended motion to dismiss as to Ruby K. Clark and grants Plaintiffs' motion to dismiss as to Smith and Smith's counterclaims and grants Smith's motion to dismiss himself as a party and dismissing as to Does 1 through 20.

*CLERK OF COURT*

Date: July 2, 2018

s/Angie Snipes

*Signature of Clerk or Deputy Clerk*